THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES H. GATHMAN, Defendant-Appellant.

(No. 72-174;

Second District—June 27, 1973.

*Rehearing denied August 2, 1973.*

Opinion by Mr. PRESIDING JUSTICE GUILD.

Mathew K. Szygowski and Donald J. LaVaree, both of Chicago, for appellants.

William V. Hopf, State's Attorney, of Wheaton, (Malcolm F. Smith, Assistant State's Attorney, of counsel,) for the People.